STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:      (510) 637-3507

Counsel for Defendant JERRY KALEBAUGH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JERRY KALEBAUGH,<br><br>         Defendant. | No. CR 16 00098 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

     This matter presently is set for sentencing on 8 July 2016. Because of scheduling issues related to the probation officer falling ill, the probation officer does not have sufficient time to complete the pre-sentence investigation and report under the applicable disclosure deadlines.

     For the foregoing reason, IT IS STIPULATED AND AGREED that the sentencing hearing may be continued to 19 August 2016, at 9:30 a.m. in the Oakland courthouse. The probation officer confirms that she is available on that date.

Dated:  9 June 2016

/s/
LLOYD FARNHAM
Assistant United States Attorney

Dated:  9 June 2016

/s/
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing may be continued to 19 August 2016, at 9:30 a.m. in the Oakland courthouse.

Dated:  June 10, 2016

IT IS SO ORDERED
Judge Jon S. Tigar